1132

No. 98–1574. HINCHLIFFE ET AL. v. PRUDENTIAL HOME MORT-GAGE CO., INC. Super. Ct. Pa. Certiorari denied.

No. 98–1575. HINCHLIFFE ET AL. v. PRUDENTIAL HOME MORT-GAGE CO., INC. Super. Ct. Pa. Certiorari denied.

No. 98–1578. AUSTIN INDEPENDENT SCHOOL DISTRICT ET AL. v. MEYER ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1579. BMC INDUSTRIES, INC. v. BARTH INDUSTRIES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1589. EVERETT v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–1592. LEWIS ET UX. v. GTE NORTH, INC. C. A. 6th Cir. Certiorari denied.

No. 98–1593. MCDONALD v. CHEMICAL BANK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–1605. IN RE GREENBERG. Sup. Ct. N. J. Certiorari denied.

No. 98–1608. KELLY v. ESCAMBIA COUNTY ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 98–1624. KIRK ET UX. v. BERLIN PROBATE COURT ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1627. CASTALDO v. NEW YORK CITY BOARD OF EDUCA-TION ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1640. THOMPSON, NEXT FRIEND OF THOMPSON, A MINOR v. MCFATTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1663. DUVALL v. ARKANSAS. C. A. 8th Cir. Certio-rari denied.